104 A.3d 1156

**Richard A. SMITH, Petitioner**

v.

**PHILADELPHIA COUNTY COURT OF COMMON PLEAS, Respondent.**

**No. 158 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The court of common pleas is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days of this order.